COMMONWEALTH of Pennsylvania,
Respondent

v.

Bryant JONES, Petitioner

No. 316 WAL 2016

Supreme Court of Pennsylvania.

November 20, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.